LELAND Y. ROBINSON, Respondent, *v.* ANTONIA K. ZAK et al., as Executors of JOHANNA REMLING, Deceased, Respondents, and THADDEUS C. SLAWSKI, Appellant.

(Argued April 10, 1930; decided May 6, 1930.)

*Guy O. Walser* for appellant.

*Harold Ashare* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.